IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLORA M. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NOS. 2:19-CV-161-WKW |
| ) | 2:19-CV-354-WKW |
| ALABAMA DEPARTMENT ) | [WO] |
| OF HUMAN RESOURCES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 83.) There being no timely objections filed to the Recommendation, and upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 83) is ADOPTED; and

(2) Defendant's motion for summary judgment (Doc. # 64) is GRANTED.

Final Judgment will be entered separately.

DONE this 24th day of August, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE